# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RICHARD LONEY BOOZER,

           Petitioner

      v.

CRIMINAL DIVISION DEPARTMENT OF
COURT RECORDS ALLEGHENY
COUNTY,

           Respondent

: No. 59 WM 2014
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.